The Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JERRY THOMAS,

               Petitioner,

v.

UNITED STATES OF AMERICA,

               Respondent.

Case No. C07-1362 MJP

**ORDER DENYING CERTIFICATE OF APPEALABILITY**

This matter comes before the Court on Petitioner's request for a certificate of appealability. (Dkt. No. 18.) To obtain a certificate of appealability, the petitioner must make a substantial showing of the denial of a constitutional right. Petitioner must demonstrate that the resolution of the habeas petition is debatable among reasonable jurists or that the issues presented were "adequate to deserve encouragement to proceed further." Slack v. McDaniel, 529 U.S. 473, 483-84 (2000). Petitioner's one sentence request fails to present any argument in favor of issuing a certificate of appealability and the Court finds no grounds to issue one. Petitioner's request for a certificate of appealability is DENIED.

\\

\\

\\

ORDER DENYING CERTIFICATE OF APPEALABILITY - 1

1

2      The Clerk shall transmit a copy of this Order to all pro se parties and counsel of record.

3      Dated this 16th day of March, 2010.

4

5

6                                              _____
                                               Marsha J. Pechman
7                                              United States District Judge

ORDER DENYING CERTIFICATE OF APPEALABILITY - 2